## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Mayra Chavez Rodriguez**

      v.                         Case No. 26-cv-224-PB-TSM

**Christopher Brackett, Superintendent,**
**Strafford County Department of**
**Corrections, et al.**

## ORDER

Mayra Chavez Rodriguez filed the instant petition for a writ of habeas corpus on March 25, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Chavez Rodriguez's petition to the extent of affording her a bond hearing under 8 U.S.C. § 1226(a), based both on her apparent membership in the class certified in Guerrero Orellana v. Moniz and her similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Chavez Rodriguez would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 5. While the

government gestures to certain arguments related to that authority—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Chavez Rodriguez's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Chavez Rodriguez a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Chavez Rodriguez's release during the pendency of her removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

<u>/s/ Paul J. Barbadoro</u>
Paul J. Barbadoro
United States District Judge

April 3, 2026

cc:   Counsel of Record

2