# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Mayra Chavez Rodriguez**

     v.                                            Case No. 26-cv-224-PB-TSM

**Christopher Brackett, Superintendent**
**Strafford County Department of**
**Corrections, et al.**

## ORDER

After the government notified the Court that Mayra Chavez Rodriguez received the bond hearing she sought on April 7, 2026, <u>see</u> Doc. 7, I ordered Chavez Rodriguez to show cause within seven days why her petition should not be dismissed. Doc. 8. Chavez Rodriguez has not responded to that order to date, so her petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

April 27, 2026

cc:    Counsel of Record